IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff(s), | ) | CR 09-1411-TUC-JMR(GEE) |
| vs. | ) | **SEALED O R D E R** |
| | ) | |
| GERARDO BENITO RAMIREZ, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

The District Court, having independently reviewed the record and the Magistrate Judge's Report and Recommendation in this matter, and no objections having been filed by counsel, the Court is satisfied that there are ample grounds to adopt the Magistrate Judge's Report and Recommendation dated October 2, 2009, in addition to the Juvenile wanting to proceed as an adult.

IT IS ORDERED the Government's Motion to Proceed Against Juvenile as an Adult [9] and Juvenile's Request to be Prosecuted as an Adult [25] are GRANTED.

IT IS FURTHER ORDERED the defendant shall be proceeded against as an adult, and the Government shall file the necessary documents in a timely manner.

The juvenile trial date of October 13, 2009 is thereby vacated.

DATED this 14th day of October, 2009.

cc: AUSA Kleindienst and Davenport
Dan Cooper
JMR
GEE

_____
John M. Roll
Chief United States District Judge